UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
)
DANIEL L. MOHS )  4:06 MC 534 CEJ
)
)
)

## ORDER

This Court has been advised by receipt of a certified copy of the September 12, 2006 order of the Supreme Court of Missouri, entered in **In re: Daniel L. Mohs**, Cause No. 87823, indicating that Daniel L. Mohs has been disbarred from the practice of law by the Supreme Court of Missouri.

Daniel L. Mohs has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated October 10, 2006 directing Daniel L. Mohs to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail on October 11, 2006 sent to the last known address of Daniel L. Mohs. No response has been filed by Mr. Mohs. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Daniel L. Mohs pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Daniel L. Mohs be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 24th day of January, 2007.

BY THE COURT:

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey